# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __10-1036M__
2) Defendant's Name: __Hamilton__ (Last) __Randy__ (First) ____ (M.I.)
3) Age: ____
4) Title: ____ Section(s): ____
5) Citizen of: ____ Needs: ____ Interpreter
6) Arrest Warrant Issued: ____ Date and time of arrest: ____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: ____
8) Name of Interpreter used today: ____ Language: ____
9) Arraignment on complaint held: __✓__Yes __No   Date/Time: __9/10/10__
10) Detention Hearing Held: ____ Bail set at: ____ ROR Entered: ____ POD Entered: __✓__
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: ____
12) (a) Preliminary Hearing set for: ____; or waived: __✓__
    (b) Removal Hearing set for: ____; or waived: ____
    (c) Status Conference set for: ____
13) ASSISTANT U.S. ATTORNEY: __Steve Tiscione__
14) DEFENSE COUNSEL'S NAME: __Eric Franz__
    Address: ____
    Bar Code: ____ CJA:__ FDNY:__ RET: __✓__
    Telephone Number: (___) ____
15) LOG #: ( __4:10 - 4:13__ )   MAG. JUDGE: __Mann__
16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by ____

Other Comments/Rulings: ____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS ____ DAY OF ____, 20__

_____
UNITED STATES MAGISTRATE JUDGE