# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number :

*Randy Hamilton*

Judge :

Defendant.

Date :

PLEASE NOTICE, that I have been RETAINED by *Randy Hamilton*

the above named defendant.   I was admitted to practice in this district on ~ 1999 .

Signature : _____

Print Name : ERic Franz

Bar Code : EF 3268

Office Address : 747 3rd Ave 20th fl.

NYC NY 10017

Telephone # : (212) 355-2200

*** NOTICE TO ATTORNEY***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

   **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)