## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _Andrew Carter_          DATE : _11/3/10_

DOCKET NUMBER _10 - 1036 M_          LOG # : _11:24 - 11:27_

DEFENDANT'S NAME : _Randy Hamilton_

___ ✓ Present        ___ Not Present        ✓ Custody        ___ Bail

DEFENSE COUNSEL : _Eric Franz_

_Melissa Marrus_ ~~Federal Defender~~ _for_        ___ CJA        ___ Retained

A.U.S.A: _Steven Tiscione_        DEPUTY CLERK : _SM Yuen_

INTERPRETER : _____        (Language) _____

_____ Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type____   Start _11/3/10_ Stop _12/3/10_.

___ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

_____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____